UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JEFFERY M. TYSON**                                                    **PLAINTIFF**

v.                                             **CIVIL ACTION NO. 3:09CV-P117-S**

**KENTUCKY DEPARTMENT OF CORRECTIONS** *et al.*        **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** for failure to state a claim upon which relief may be granted and for seeking monetary relief from defendants who are immune from such relief. *See* 28 U.S.C. § 1915(e)(2).

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: November 19, 2009

Charles R. Simpson III, Judge
United States District Court

cc:      Plaintiff, *pro se*
         Defendants
         General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
         Simpson County Attorney

4411.008